HARRELL TURPENTINE COMPANY *et al.* v. BENENSON.

BECK, P. J. Under the pleadings and evidence in the case, it was not error for the judge to grant the interlocutory injunction.
                    *Judgment affirmed. All the Justices concur.*
                No. 4419. FEBRUARY 18, 1925.

Injunction. Before Judge W. E. Thomas. Colquitt superior court. May 27, 1924.

*James L. Dowling,* for plaintiffs in error.

*Humphreys & DeLoache,* contra.